UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, DARRILL FUSSELL, KEVIN EWING, TIMOTHY GARRISON, STEVEN RINDAL, and KATHY LAFRENIERE<br><br>Plaintiffs,<br><br>v.<br><br>SKAGIT COUNTY COMMISSIONERS, RONALD WESEN, PETER BROWNING, LISA JANICKI, and RLI INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:23-cv-309<br><br>ORDER DISMISSING CASE |

On May 18, 2023, the Court entered an Order granting Defendants' Motion to Dismiss. (Dkt. No. 40.) The Court found that Plaintiffs lacked standing to bring this suit and failed to allege any injury in fact. (Order at 2-3.) Because of this, the Court did not have subject matter jurisdiction over the action. (Id. at 3.) The Court gave Plaintiffs thirty (30) days to file an

1   amended complaint that addressed the defects. Plaintiffs failed to file an amended complaint
2   within that time frame.
3         Because Plaintiffs did not file an amended complaint, the Court DISMISSES the action
4   WITH PREJUDICE and TERMINATES all pending motions (Dkt. Nos. 23, 26, 31, 33), with the
5   exceptions of Plaintiffs' Motions for Disciplinary Action (Dkt. Nos. 27, 29), which the Court
6   retains jurisdiction over. An order on that motion will follow.
7         The clerk is ordered to provide copies of this order to all counsel.
8         Dated August 7, 2023.

                                    Marsha J. Pechman
                                    United States Senior District Judge